Fred Lewis WILSON, Plaintiff–Appellant,

v.

B. COLLINS, Sgt.; M. Williams, c/o; H. Bishop, c/o; J. Durham, c/o; Sgt. King; Lt. Kilbourne; c/o Hylton; c/o Boyd; c/o Roberts; c/o Tabor; Sgt. Ely; Ted Thompson, Dr.; M. Stanford, RN; Melissa Spears, LPN; Patsy Garnette Zeppa, RN; Patricia Hillman, RN, Defendants–Appellees.

No. 10–6431.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 9, 2010.

Fred Lewis Wilson, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Lewis Wilson seeks to appeal the district court's order granting partial summary judgment for Defendants in this 42 U.S.C. § 1983 (2006) action. This court

may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Wilson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Wilson's pending motions for discovery and to amend and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*